UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2271 (DSD/JMM)

UNITED STATES OF AMERICA,
PLAINTIFF,

V.

$104,000.00 IN U.S. CURRENCY,
DEFENDANT.

CERTIFICATE OF REASONABLE CAUSE

This matter having come before this Court on the Stipulation for Settlement of Claim between plaintiff and George Murfitt for the issuance of a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2), which provides that such a certificate shall be entered, notwithstanding a judgment for the claimant, if it appears that there was reasonable cause for the seizure or arrest, and

IT APPEARING TO THE COURT THAT there was reasonable cause for the seizure or arrest of the defendant *in rem* $104,000.00; as agreed upon by the plaintiff and George Murfitt in the Stipulation for Settlement of Claim.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to 28 U.S.C. § 2465 (a)(2), neither the person who made the seizure or arrest nor the prosecutor shall be liable to suit or

FILED 4-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.________
DEPUTY CLERK________

judgment on account of such suit or prosecution, nor shall George Murfitt be entitled to costs, such costs having been waived by the Stipulation for Settlement of Claim.

Dated: 3/29/02

DAVID S. DOTY, Judge
United States District Court